**E-FILED on 2/15/2013**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MADREN, Individually and As The Sellers' Representative Of The Former Shareholders of GarrettCom, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BELDEN, INC., and DOES 1-25,<br><br>Defendants. | No. C-12-01706 RMW<br><br>**ORDER TAKING PLAINTIFF'S MOTION FOR AN INJUNCTION OFF CALENDAR**<br><br>[Re Docket No. 25] |

Pursuant to the stipulation entered into by parties and accepted by the court at today's hearing, the motion for an injunction is taken off calendar.

DATED: February 15, 2013

RONALD M. WHYTE
United States District Judge

ORDER TAKING PLAINTIFF'S MOTION FOR AN INJUNCTION OFF CALENDAR —No. C-12-01706 RMW
SW