**E-FILED on**   8/12/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MADREN, Individually and As The Sellers' Representative Of The Former Shareholders of GarrettCom, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BELDEN, INC., and DOES 1-25, <br><br> Defendants. | No. C-12-01706 RMW <br><br> **DENYING, WITHOUT PREJUDICE, REQUEST TO VACATE TRIAL DATE** <br><br> [Re Docket Nos. 39 & 40] |

It appears that the parties have not agreed about how this case should proceed. Therefore, their respective requests to vacate the trial date are DENIED, without prejudice. The parties are free to re-file the request if they can mutually agree on the conditions.

DATED:   August 12, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

DENYING, WITHOUT PREJUDICE, REQUEST TO VACATE TRIAL DATE —No. C-12-01706 RMW
SW