**E-FILED on** 9/6/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MADREN, Individually and As The Sellers' Representative Of The Former Shareholders of GarrettCom, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BELDEN, INC., and DOES 1-25,<br><br>Defendants. | No. C-12-01706 RMW<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL**<br><br>[Re Docket No. 42] |

Pursuant to Federal Rule 41(a)(2) plaintiff Madren seeks the voluntary dismissal of this action. The parties appear to have settled the matter before the court, and thus the court GRANTS Madren's request. The court dismisses the case with prejudice and vacates the trial date.

DATED: September 6, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING REQUEST FOR DISMISSAL —No. C-12-01706 RMW
SW